## FIRST DISTRICT.

Theodore J. Mangen, administrator of the estate of Theodore J. Mangen, Jr., deceased, appellee, v. Centennial Laundry Company, appellant. Gen. No. 33,727.

Opinion filed March 17, 1930. Rehearing denied March 31, 1930.

Philip H. Treacy, for appellant. Crahen, Sullivan, O'Toole & Sullivan, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Nora Johnson, appellee, v. James Johnson, appellant. Gen. No. 33,787.

Opinion filed March 17, 1930.

William C. Smith, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Foreman Trust & Savings Bank, administrator of the estate of Thomas M. Runnels, deceased, appellee, v. Chicago & Eastern Illinois Railway Company, appellant. Gen. No. 33,796.

Opinion filed March 17, 1930.

Edward W. Rawlins, for appellant; K. L. Richmond, of counsel. E. Leslie Cole and Charles C. Spencer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.